IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE SHEPPARD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DOES 1–10,<br><br>    Defendants. | CV 15–48–M–DWM<br><br><br>ORDER |

    Plaintiff having filed a stipulated motion to dismiss without prejudice pursuant to Rule 41(a),

    IT IS ORDERED that Plaintiff's motion (Doc. 12) is GRANTED. The above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are DENIED as MOOT, all deadlines are VACATED, and the preliminary pretrial conference set for January 14, 2016, is VACATED.

    DATED this 10th day of December, 2015.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT